IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| CLAUDE McGEE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | )  CIVIL NO. 05-083-GPM |
| | ) |
| ALAN UCHTMAN, et al., | ) |
| | ) |
| Defendants. | ) |

# MEMORANDUM AND ORDER

**MURPHY, Chief District Judge:**

On April 18, 2005, Plaintiff filed a motion for leave to file an amended complaint (Doc. 7). Then, on June 17, he filed a motion to withdraw his request to file an amended complaint (Doc. 8). The motion to withdraw is **GRANTED**.

Also before the Court is Plaintiff's motion for default judgment (Doc. 9). However, Defendants have not yet been served so entry of default judgment is not warranted. This motion is **DENIED**. Plaintiff is advised that Defendants will not be served until the Court has completed a preliminary review of the complaint. *See* 28 U.S.C. §§ 1915A, 1915(e)(2).

**IT IS SO ORDERED.**

DATED: 07/12/05

s/ G. Patrick Murphy
G. PATRICK MURPHY
Chief United States District Judge